UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| )  | CRIMINAL ACTION |
| vs.         ) | |
| ) | Docket No. 09-19-B-W |
| ) | |
| QUINTA LAYIN TULEH,        ) | |
| ) | |
| Defendant.        ) | |

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF MEDICAL, PUBLIC HEALTH, AND HIV EXPERTS AND ADVOCATES IN SUPPORT OF BAIL PENDING APPEAL OR, IN THE ALTERNATIVE, RE-SENTENCING

SUBMITTED BY:

National Women's Health Network, National Association of People with AIDS, Frannie Peabody Center, Mardge H. Cohen, M.D., Howard Minkoff, M.D., ACT UP Philadelphia, African Services Committee, AIDS Foundation of Chicago, Alliance of AIDS Services – Carolina, American Medical Students Association, Black Women's Health Imperative, Chicago Women's AIDS Project, Circle of Care, Community HIV/AIDS Mobilization Project, HIV Law Project, Immigrant Legal Advocacy Project, Liberty Research Group, National AIDS Fund, National Latina Institute for Reproductive Health, Rebecca Project for Human Rights, Twin States Network, Women Organized to Respond to Life-threatening Disease (WORLD),Women Rising Project, Women Together for Change Project, Jeff Berry, Wendy Chavkin, M.D., MPH, Leslie Gise, M.D., & Sean Strub.

LYNN M. PALTROW*  
KATHRINE D. JACK*  
National Advocates for Pregnant Women  
15 West 36th Street Suite 901  
New York, NY 10018  
(212) 255-9252  

MARGO KAPLAN*  
The Center for HIV Law and Policy  
65 Broadway, Suite 832  
New York, NY 10006  
(212) 430-6733  

ELIZABETH FRANKEL  
VALERIE WRIGHT  
Verrill Dana, LLP  
P.O. Box 586  
One Portland Square  
Portland, ME 04112-0586  
(207) 253-4640

\* Admitted to practice and good standing in New York.  Certification to appear as visiting lawyers pursuant Local Rule 83.1(c)(1) submitted contemporaneously.

Come now *amici curiae* and for their Motion for Leave to File Brief of *Amici Curiae* in Support of Bail Pending Appeal or Resentencing, state:

1.      *Amici* National Women's Health Network and others request leave to file the accompanying brief *amicus curiae* in support of appellant.  *Amici* include national physicians, nurses, counselors, social workers, health advocates and their professional associations.  The legal issues presented by this request for bail pending appeal or re-sentencing cannot properly be decided in isolation from the scientific, medical and public health contexts in which they are rooted.  The *amici* have recognized expertise and longstanding concern in the areas of the maternal, fetal and neonatal health and the best practices for care and treatment of HIV positive pregnant women.

*Amici* share this Court's desire to ensure that Ms. Tuleh receives the most appropriate and effective medical care.  *Amici*'s public health and ethical mandates require that *amici* bring to this Court's attention the fact that Ms. Tuleh's incarceration for the duration of her pregnancy cannot be reconciled with evidence-based medical practices for pregnant women living with HIV, with the federal sentencing guidelines or with legal principles concerning the constitutional rights of pregnant women and persons living with HIV.

2.      Specifically, the following organizations that wish to file this *amicus* brief include: National Women's Health Network, National Association of People with AIDS, Frannie Peabody Center, Mardge H. Cohen, M.D., Howard Minkoff, M.D., ACT UP

1

Philadelphia, African Services Committee, AIDS Foundation of Chicago, Alliance of AIDS Services – Carolina, American Medical Students Association, Black Women's Health Imperative, Chicago Women's AIDS Project, Circle of Care, Community HIV/AIDS Mobilization Project, HIV Law Project, Immigrant Legal Advocacy Project, Liberty Research Group, National AIDS Fund, National Latina Institute for Reproductive Health, Rebecca Project for Human Rights, Twin States Network, Women Organized to Respond to Life-threatening Disease (WORLD),Women Rising Project, Women Together for Change Project, Jeff Berry, Wendy Chavkin, M.D., MPH, Leslie Gise, M.D., & Sean Strub.

3. The brief proffered is relevant to the disposition of this case because the brief explains that evidence-based medical, public health, and social science research uniformly show that incarcerating pregnant women does not promote maternal-fetal health and that HIV positive pregnant women have special medical and social needs that are best addressed by HIV medical specialists and experts, not in the isolation of prison where this kind of support cannot be guaranteed. The brief also demonstrates that this same research does not support attempts to address maternal-fetal health through upward departures from the federal sentencing guidelines, in addition to such upward departures based on concurrent pregnancy and HIV status raising serious constitutional questions.

4.  *Amici Curiae* respectfully proffer their brief to the Court and ask that the Court grant leave for *amici* to file same for the Court's consideration.

Dated:  June 15, 2009                                     Respectfully Submitted,

/s/ Valerie A. Wright
VALERIE A. WRIGHT
ELIZABETH FRANKEL
Attorneys for *Amici Curiae*
Verrill Dana, LLP
P.O. Box 586
One Portland Square
Portland, ME 04112-0586
(207) 774-4000

By Attorneys for *Amici Curiae*

| | |
|---|---|
| LYNN M. PALTROW* | ELIZABETH FRANKEL |
| KATHRINE D. JACK* | VALERIE WRIGHT |
| National Advocates for Pregnant Women | Verrill Dana, LLP |
| 15 West 36th Street Suite 901 | P.O. Box 586 |
| New York, NY 10018 | One Portland Square |
| (212) 255-9252 | Portland, ME 04112-0586 |
| | (207) 253-4640 |

MARGO KAPLAN*
The Center for HIV Law and Policy
65 Broadway, Suite 832
New York, NY 10006
(212) 430-6733

* Admitted to practice and good standing in New York.  Certification to appear as visiting lawyers pursuant Local Rule 83.1(c)(1) submitted contemporaneously.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2009, I electronically filed the foregoing document with the CM/ECF system which will send notification to: Matthew S. Erickson, Zachary L. Heiden, F. Todd Lowell and Paula D. Silsby.

Dated: June 15, 2009                                  /s/ Valerie A. Wright